IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| UNITED STATES use of RAW, LLC d/b/a CONCRETE PROS | PLAINTIFF |
| VS.   CASE NO. 07-1110 | |
| SLG CONTRACTORS, INC., WASHINGTON INTERNATIONAL INSURANCE COMPANY | DEFENDANTS |

## ORDER OF DISMISSAL

On August 20, 2008, the Clerk issued, at the direction of the Court, a Notice of Default Process under Fed. R. Civ. P. 55 based upon the Defendants' failure to plead or otherwise respond to Plaintiff's Complaint. (Doc. Nos. 6 and 7). In the notice, the Plaintiff was directed to file an affidavit in support of default and/or to move for default judgment within fourteen (14) days. Plaintiff was advised that failure to comply with the Court's order within the prescribed times could result in a dismissal for failure to prosecute. As of this date, Plaintiff has failed to file an affidavit in support of default and/or to move for default judgment as directed by the Court. Therefore, Plaintiff's lawsuit against Defendants SLG Contractors, Inc. and Washington International Insurance Company is hereby **dismissed** without prejudice. See Fed. R. Civ. P. 41(b).

IT IS SO ORDERED, this 20th day of August, 2009.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge